IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRITZ GERALD TOUSSAINT
AGAINST
ALLISON VITELLA ET AL

vs.

CRIMINAL/CIVIL ACTION NO.

REC'D DEC 28 2023

CIVIL ACTION

REQUEST

CAUSE OF ACTION
VIOLATION OF THE FAIR HOUSING ACT

While operating as a Real Estate Agent Allison Vitella deprived Plaintiff of his ... when she illegally rented the Home he owns after securing a legal decree from a trial judge. Plaintiff was deprived of his ... while COVID protections in effect

PRINTED NAME: Fritz Gerald Toussaint

ADDRESSS: 2311 Massachussets AV Northwest Washington DC 20008

SIGNATURE:

DATE: December 28 of 23

03/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Fritz Gerald Toussaint against Howard Hanna Real Estate Service et Al

CIVIL/CRIMINAL ACTION NO.

vs.

REC'D DEC 28 2023

Civil Action
Cause Of Action

MOTION

Factual Basic

Howard Hannah Real Estate services Illegally Rented even after Being Sent a cease an Desist letter to Allison Vitella their agent an violation Of the ADA The with Premeditation Deprived owner of 20 Rutland [illegible] as the Discriminated Against His Disabilities then using Communication Among Secret Network they effected a Refusal to Begin this Action From October til Now

PRINTED NAME: Fritz Gerald Toussaint

ADDRESSS: 6353 El Cajon Blvd St 124 PMB 127 San Diego 92115

SIGNATURE: [signature]

DATE: December 28 of 23

DEMAND FOR OBSTRUCTION OF Congress CHARGES

**CIVIL COURT OF THE CITY OF NEW YORK** **APPLICATION FOR A SUMMONS**

**PARTIES**

**PLAINTIFF:** (Your name and complete address, including your apartment number and telephone number.) [NOTE: If the claim is based on an auto accident, the claim must be ***Owner*** against ***Owner***].

Fritz Gerald Toussaint
6353 El Cajon Blvd St 124 PmB 137
SAN DIEGO CA 92115

**DEFENDANT(S):** (The full legal name and street address (no box number) of the party(ies) you are suing. Indicate whether you are suing this party as a person or a business.) [NOTE: If you are suing a business, indicate whether it is a partnership, a corporation or an individual with a business certificate. This information can be obtained in the County Clerk's Office in the county in which the business is located. Failure to check this information may result in a judgment which cannot be executed.]

ALLISON VITELLA ET AL
119 GAMMA DRIVE
PITTSBURG PA 15238

**CLAIM**

**REASON FOR CLAIM:**

Damage cause to: ☐ automobile ☐ person ☐ property other than automobile

Failure to provide: ☐ repairs ☐ proper service ☐ goods ordered

Failure to return: ☐ security ☐ property USD 47797 ☒ deposit ☐ money

Failure to pay for: ☐ wages ☐ rent ☐ services rendered ☐ commissions ☐ insurance claim ☐ money loaned ☐ goods sold and delivered

Breach of: ☐ contract ☐ lease 47791

Loss of: ☐ luggage ☒ property ☐ time from work ☒ use of property

Returned: ☐ check (bounced) ☐ merchandise (not reimbursed) 47797

Other: (Be brief) ADA Accomodation Request

**DETAILS OF CLAIM:**

Amount of Claim: (Limit $50,000 for each Cause of Action) $ USD 47797 $47,797

Date of Occurrence: 11/6/21

Place of Occurrence: [illegible] Property

If Car Accident: YOUR license plate # ________ DEFENDANT'S license plate # ________

Identifying Number(s): ________
(Receipt #, Claim #, Account #, Policy #, Ticket #, etc.)

12/14/23 [signature]

Date Signature of Plaintiff

**Fritz Gerald Toussaint**

**c/o Mr Saint Ange**

**712 Crown Street B1**

**Brooklyn New York 11213**

**City of New York | County of Kings**

|

# COMPLAINT

# AND

# AFFIDAVIT

**NOVEMBER 29 of 2022**

**MORTGAGE LOAN FRAUD**

This a Statement on Oath of that My wife Venante Toussaint a NY licensed podiatrist intentionally completed a Fraudulent Mortgage Loan request

Because she strained our financial conditions she caused because budgeting shortages due

To overspending mismanagement and extravagant expenses | She perjured

Herself signing the fraudulent Mortgage certification @

A New York City Notary's Office falsely stating that she is an

Unmarried woman |I notified Freedom Mortgage once I found the proof of her crime on 10/14 Of 21

Since the month of July of 2015 I Fritz Gerald Toussaint am Mrs Venante Toussaint husband

It is my opinion as her husband that she is a danger to herself and others as she has struck me on multiple occasions causing bleeding as well as lacerations |She's been abusing me financially | physically | emotionally she has been utilizing my parents for the purpose of achieving that type of abuse at distance using text messages provoking my being Verbally abused as of 12/21

Her vehicle's make is Toyota Camry NJ plate number is Y24MAN

Fritz Gerald Toussaint

Fritz Gerald Toussaint

11/29/22

HUGO SEGOVIA
Notary Public - State of New York
NO. 01SE6296344
Qualified In New York County
My Commission Expires Feb 3, 2026

*I-20*

OVS FAIL KATHY HOCHUL THOMAS DINAPOLI

In order for the OVS to discuss or share any of the information and records compiled for your claim with your representative (attorney or otherwise), we require the following authorization to be completed by the claimant and notarized:

**Representative's Authorization by Office of Victim Services (OVS) Claimant**

Pursuant to New York State Executive Law, §633 and Public Officers Law §96, I:

Name of OVS Claimant
(Please print)

OVS Claim Number

hereby authorize:

~~RAUL ROTHBLATT~~ 1 PROVISIONALLY AIDED NAME

Name of Representative

#1 ~~OFFICE OF NY ASSEMBLY MEMBER BRIAN CUNNINGHAM~~

~~749 EMPIRE BLVD, BROOKLYN, NY 11225~~

Address of Representative

~~718-771-3105~~

Phone Number of Representative

to act as my representative in the above mentioned OVS claim. This authorization is to allow the New York State Office of Victim Services to share my information and records compiled for this claim with the above authorized representative. This authorization shall be valid until revoked by me in writing.

Signature of OVS Claimant

Date

State of New York )
) ss.:
County of ____________ )

On the __________ day of __________ in the year __________ before me, the undersigned, personally appeared ________________________, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

FREE 002663

**Civil Court of the City of New York**
County of Kings County
Part

Index Number ____________

Fritz Gerald Toussaint
Claimant(s)/Plaintiff(s)/Petitioner(s)
against

Charles, Venante
Respondent(s)/Defendant(s)

**AFFIDAVIT IN SUPPORT OF AN APPLICATION TO PROCEED AS A POOR PERSON AND TO WAIVE COURT FEES**

State of New York, County of Kings ss.:

Fritz Gerald Toussaint, being duly worn, deposes and says:
PRINT YOUR NAME

1. I am the party named as Plaintiff in the above titled action.

2. I reside at 207 Rutland Av Kearny.

3. I seek to proceed in the above titled action Marital Pro

4. I have a good and meritorious cause of action in that Breach of contract

5. I request that an Order be granted:
   - ________ waiving any and all statutory fees for the defense or prosecution of the action..
   - ________ waiving the fee for the filing of a Notice of Appeal
   - ________ other (Specify) ________

6. I make this application based on CPLR §1101. I do not have, nor am I able to obtain, the funds needed to pay for the court fees. I will be unable to proceed unless the Order is granted.

7. I am/am not a recipient of Public Assistance from the Department of Social Services of the City of New York.
*(strike one)*

8.. I have no income other than the sum of $ 377 per Month from Parents

9. I own no property income of any kind except necessary personal wearing apparel and I have 1 residence

*[Indicate other property and the value of such property]*

10. No other person is beneficially interested in the recovery sought.

11. ________ a) I have not made a previous application for this or similar relief
    ________ b) I have made previous application(s) for this or similar relief, but I am making this further application because ________

Sign your name Fritz Gerald Toussaint

Sworn to before me this 10 day of Feb, 2022

Print your address 207 Rutland Av Kearny

M. [signature] SCC
SIGNATURE OF COURT EMPLOYEE AND TITLE

Telephone Number ________

CIV-GP-15 (Revised, September, 1995)

deFenDAnts ETAl

https://www.howardhanna.com/About/ExecutiveTeam

The NAMES ON THE

**Board OVERSEEING THE ACT OF DISCRIMINATiON AND VIOLATING THE ADA**

Howard W. Hanna, Jr

Howard W. "Hoddy" Hanna III

Helen Hanna Casey

Annie Hanna Cestra

Howard W "Hoby" Hanna IV

Brenda K Reid

Kelly Hanna Riley

Daniel J Riley Esquire

**The Additional Names are Being Omitted @ The moment**

**be<ause of Time**

**<onstraints OF THE PLAINTIF**

Fritz Gerald Toussaint
6353 El Cajon Blvd St #124/MB137
San Diego CA 92115

# SWORN STATEMENT

I Fritz Gerald Toussaint am telling you on oath that I am a survivor of domestic violence that I endured that every time my wife drank or mixed alcohol and prescription and over the counter drugs such as Benedryl she would react violently and her reaction reflected the behavior of a person on the synthetic drug K2. My wife struck me several times once nearly breaking my hip. On or about 6/16/21 my wife hurt my hand causing bleeding that required bandages. The police refused to prosecute

Fritz Gerald Toussaint



THE BROOKLYN PUBLIC LIBRARY INTERCEPTED COMMUNICATION ON HUMAN TRAFFICKING THAT WAS BEING SENT ON THE CANADIAN WEBSITE OF THE EMBASSADE DE CANADA

A PERSON ENDURING HUMANTRAFICKING AS A SURVIVOR OF THAT CRIME WAS TRACKED SUCH THAT AN S O S MESSAGE WOULDN'T BE SENT

THE BPL CHANGED PRIVILEGES THAT MAKES SAVING LETTERS AND DOCUMENTS FROM BEING STORED ON USB ALERT

# Now Sending Fax

**Thanks for confirming your e-mail address.**

Your fax to **HON TAMMY DUCKWORTH** at **2022280518** will be sent now. You will receive an e-mail message once it has been successfully delivered (or failed).

The delivery status will also be updated at this private status page.

*If you do not see a confirmation message within 20 minutes, chances are that it's in your spam folder.* It's a good idea to add support@faxzero.com to your approved senders list, and to save the URL of your status page.
(You won't be given that link again.)

DEFENDANTS ET Al

Michael D Grogan

Your Business Departs FOR THE UN ON MONDAY @ 7

Yvonne L Guthrie

Gregory F Hammill

F Duffy Hanna, Esquire

M Jean Hayes

Catherine Hopkins

Darlene A Hunter

Alicia M. Kosec

James Kubasko

ETAl DEFENDANT

Merle L. Whitehead

Ken Wojonski

The Board OVERSEEING THE DISCRIMINATiION AND VIOLATING THE ADA

Howard W. Hanna, Jr

Howard W. "Hoddy" Hanna III

Helen Hanna Casey

Annie Hanna Cestra

Howard W "Hoby" Hanna IV

Shawn Adams

Louis Alaimo

Samuel Angelucci

Cathy Bianchi

Robert M "Mac" Biggar, J

Gwen Bradley

Kristine M Burdick

Thomas M. Ceponis



DEFENDANTS

...gages, franchising, titles and escrows, insurance, as well as ...financing and affordability.
...r motivated teams who want to join the Howard Hanna family.

...ward Hanna Real Estate Services at our main office in ...ces throughout the country.

Howard Hanna

Real Estate Services

Howard Hanna Real Estate Services Headquarters
119 Gamma Dr.
Pittsburgh, PA 15238
Phone: 844-634-2662
Email: customerservice@howardhanna.com
Office Hours
Monday – Friday: 9AM – 9PM, Sat & Sun 10am – 6pm









Call **844-634-2662**

OR

# Contact us

Name

Name

Email

Email

Phone Number

Phone

What can we help you with?

- Looking to sell my home
- Looking to buy a new home
- Looking to buy an existing home
- My company would like information on relocation services

Howard Hanna

ance products

gages and/or refinancing

me a Hanna Home Pros Service Provider

Real Estate Services

How can we help you?

Please describe what you are looking for.

Request follow up

# Howard Hanna - a One Stop Shopping Real Estate Company

Howard Hanna Real Estate Services is a family-owned full-service real estate company. We offer one-stop financial services, including mortgage services, title and escrow services, and more. Whether you're looking to buy or sell your property, our team will guide you through the process with enthusiasm and integrity.

We're the third-largest real estate company in the country. We take pride in maintaining our standing in the communities we serve by offering our clients innovative and comprehensive service. Our team strives for constant improvement, remaining flexible while still achieving our customers' goals.

We're proud to be a family-owned and operated real estate company. We incorporate our values into all that we do, and provide unparalleled real estate services to each of our clients. We are pleased to help our customers participate in the American Dream of homeownership.

In addition to helping you buy or sell your home, we offer:

Insights on local markets, as well as exclusive resources and targeted online tools for maximum exposure for real estate buyers and sellers.

- Business development and relocation guidance for commercial properties, as well as your relocating employees.
- Property management for single and multifamily homes, as well as resort and commercial properties.